## MEMORANDUM DECISIONS.

ALFRED H. SMITH CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 4, 190⑤) No. 79 (3,956). Appeal from the Circuit Court of the United State; for the Southern District of New York. For decision below, see (C. C.) 43 Fed 1. 691, affirming a decision of the Board of United States General Appraisers (G. A. 5,944; T. D. 26,091). Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importer. D. Frank Lloyd, Asst. U. S. Atty. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed.

AMERICAN NEWS CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 16, 1906.) No. 77 (3,962). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see (C. C.) 142 Fed. 786, affirming a decision of the Board of United States General Appraisers (G. A. 5,952; T. D. 26,099). Comstock & Washburn (Albert H. Washburn, of counsel), for importer. J. Osgood Nichols, Asst. U. S. Atty. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed in open court.

AUSTIN BALDWIN & CO, v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 20, 1906.) No. 89 (4,013). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see (C. C.) 144 Fed. 702, affirming a decision of the Board of United States General Appraisers (G. A. 6,026; T. D. 26,334). Walden & Webster (Henry J. Webster, of counsel), for importers. D. Frank Lloyd, Asst. U. S. Atty. Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Decision affirmed.

A. WIMPFHEIMER & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 4, 1906.) No. 60 (3,006). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see (C. C.) 142 Fed. 849, affirming a decision of the Board of United States General Appraisers (G. A. 4,542; T. D. 21,569). Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importers. D. Frank Lloyd, Asst. U. S. Atty. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. We agree with the conclusion reached by the Board of General Appraisers and by the Circuit Court. The decision of the Circuit Court is therefore affirmed.